UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TROVE BRANDS LLC *et al.*,

                              Plaintiffs,

-v-

JIA WEI LIFESTYLE INC.,

                              Defendant.

24 Civ. 3050

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules a claim construction hearing, *see Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 379 (1996), for Tuesday, April 8, 2025, at 2 p.m., in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Centre St., New York, NY 10007. The Court at that conference will, *inter alia*, address the parties' claim construction briefs, *see* Dkts. 58–62, and set a schedule for fact and expert discovery.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

Paul A. Engelmayer
United States District Judge

Dated: February 21, 2025
       New York, New York